```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PAUL LITTLE,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

22-cv-9193 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by **February 13, 2022.**

SO ORDERED.

Dated:    New York, New York
           January 31, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge