```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PAUL LITTLE,

                Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

                Defendants.

22-cv-9193 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for February 23, 2023, at 4:30 p.m. is **canceled**.

SO ORDERED.

Dated:    New York, New York
           February 15, 2023

                                      John G. Koeltl
                              United States District Judge