```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
PAUL LITTLE,                               22-cv-9193 (JGK)

                    Plaintiff,            ORDER

       - against -

CITY OF NEW YORK, ET AL.,

                    Defendants.
----------------------------------------
```

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **January 25, 2024**, at **12:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
         January 17, 2024

                                   _____
                                          John G. Koeltl
                                   United States District Judge