UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL LITTLE,

            Plaintiff,

  - against -

CITY OF NEW YORK, ET AL.,

            Defendants.

22-cv-9193 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should provide the Court with a status report on settlement discussions and, if necessary, submit a new proposed civil scheduling order by **February 23, 2024**.

SO ORDERED.

Dated:    New York, New York
           January 25, 2024

                                        John G. Koeltl
                                  United States District Judge